UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY HERNANDEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>KOSAS COSMETICS, LLC,<br><br>        Defendant. | 23-CV-10158 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  Plaintiff filed this case on November 18, 2023.  *See* ECF No. 1.  Proof of service was filed on March 4, 2024, and Defendant's answer was due by March 26, 2024.  *See* ECF No. 6.  That date has now passed, and Defendant has yet to appear and file a response.  Accordingly, by **April 8, 2024**, Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case.  The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendant, and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case.  Plaintiff is on notice that failure to prosecute her case may result in its dismissal.

  SO ORDERED.

Dated: April 1, 2024
   New York, New York

                                    _____
                                      DALE E. HO
                               United States District Judge