**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
EMILY HERNANDEZ, on behalf of herselfCase No. 123-cv-10158-DEH-JLC
and all others similarly situated,

                Plaintiff,**NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT**
**PREJUDICE WITHOUT COSTS**

           -against-

KOSAS COSMETICS, LLC
                Defendant.
---------------------------------------------------------x

     **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.


Dated:  Jericho, New York
        May 17, 2024

Respectfully Submitted,

*/ s / Noor A. Saab, Esq.*
By: Noor A. Saab Esq.
*Attorney for Plaintiff*
**The Law Office of Noor A. Saab**
380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060
Email: noorasaablaw@gmail.com